1 | JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | CHAD M. MANDELL (ILBN 6286783)
Special Assistant United States Attorney

5

6 | 150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5059

7 | Facsimile:  (408) 535-5066
Email: chad.mandell@usdoj.gov

8

Attorneys for the United States of America

9

**E-FILED**
**Filed**
DEC 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,      )      No.    CR 08-00628 RMW
                                   )
15 |         Plaintiff,             )      STIPULATION EXCLUDING THE TIME
                                   )      BETWEEN DECEMBER 2, 2008 AND
16 | v.                             )      JANUARY 21, 2009 FROM THE SPEEDY
                                   )      TRIAL ACT CALCULATION (18 U.S.C. §
17 | MARCO RIVERA-SILVA,            )      3161(h)(8)(A))
                                   )
18 |         Defendant.             )
                                   )
19 | _____ )

20

21     The parties stipulate that the time between December 2, 2008 and January 21, 2009 is

22 excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

23 requested continuance would unreasonably deny defense counsel reasonable time necessary for

24 effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

25 that the ends of justice served by granting the requested continuance outweigh the best interest of

26 //

27 //

28 //

1

1  the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18

2  U.S.C. §3161(h)(8)(A).

3

4  DATED: December 5, 2008                    JOSEPH P. RUSSONIELLO
                                              United States Attorney

5

6                                             ___/s/_____

7                                             CHAD M. MANDELL
                                              Special Assistant United States Attorney

8

9                                             ___/s/_____

10                                            LARA VINNARD
                                              Attorney for Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2     Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3  ORDERS that the time between December 2, 2008 and January 21, 2009 is excluded under the

4  Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested

5  continuance would unreasonably deny defense counsel reasonable time necessary for effective

6  preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that

7  the ends of justice served by granting the requested continuance outweigh the best interest of the

8  public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The

9  court therefore concludes that this exclusion of time should be made under 18 U.S.C.

10  §3161(h)(8)(A).

11

12  IT IS SO ORDERED.

13  DATED:  12/10/08

14  RICHARD SEEBORG
    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3