1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
                                              *E-FILED - 3/5/09*
5  Counsel for Defendant RIVERA-SILVA

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,        )   No. 08-00628 RMW
                                     )
12            Plaintiff,             )   **STIPULATION TO CONTINUE
                                     )   HEARING AND EXCLUDE TIME;**
13  v.                               )   **[] ORDER**
                                     )
14  MARCO RIVERA-SILVA               )
                                     )
15            Defendant.             )
    _____ )
16

17       Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19  Monday, March 2, 2009 at 9:00 a.m., be continued to Monday, March 23, 2009, at 9:00 a.m.

20  The continuance is requested to allow continued defense investigation and preparation.

21  Additionally, the defense and the government are discussing a proposed resolution of the case.

         The parties further agree that time should be excluded under the Speedy Trial Act because
22
    ///
23
    ///
24
    ///
25

26

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. 08-00628 RMW                              1

1  the defense requires time for effective preparation and investigation, and the ends of justice

2  outweigh the defendant's and the public's need for a speedy trial.

3

4  Dated:                                    _____/s/_____
                                            LARA S. VINNARD
                                            Assistant Federal Public Defender

5

6  Dated:                                    _____/s/_____
                                            CHAD MANDELL
7                                           Assistant United States Attorney

8
                                   **[] ORDER**
9

10      The parties have jointly requested a continuance of the hearing set for Monday, March 2,

   2009, to allow time for the defense to complete investigation and prepare effectively, and for the
11
   parties to determine whether they can reach a resolution.
12
        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
13
   presently set for Monday, March 2, 2009, be continued to Monday, March 23, 2009,  at 9:00 a.m.
14
        Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
15
   from March 2, 2009 to March 23, 2009, shall be excluded from the period of time within which
16
   trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.
17
   Dated:  3/5/09
                                            _Ronald M. Whyte_____
18                                          RONALD M. WHYTE
                                            United States District Judge
19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. 08-00628 RMW                         2