BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant RIVERA-SILVA

*E-FILED - 7/16/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 08-00628-RMW |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **HEARING AND EXCLUDE TIME;** |
| v. ) | **[] ORDER** |
| ) | |
| MARCO RIVERA-SILVA ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, May 18, 2009, at 9:00 a.m., be continued to Monday, June 15, 2009, at 9:00 a.m. The continuance is requested to allow continued defense investigation and preparation.

The parties further agree that time should be excluded under the Speedy Trial Act because

///

///

///

///

///

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR 08-00628-RMW          1

the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 5/12/09                               _____/s/_____
                                                LARA S. VINNARD
                                                Assistant Federal Public Defender

Dated: 5/12/09                               _____/s/_____
                                                CHAD MANDELL
                                                Assistant United States Attorney

1
2
3
4
5
6
7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 08-00628-RMW |
| Plaintiff, ) | **[] ORDER CONTINUING HEARING AND EXCLUDING TIME** |
| v. ) | |
| MARCO RIVERA-SILVA, ) | |
| Defendant. ) | |

The parties have jointly requested a continuance of the hearing set for Monday, May 18, 2009, to allow time for the defense to complete investigation and preparation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, May 18, 2009, be continued to Monday, June 15, 2009, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from May 18, 2009 to June 15, 2009, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 7/16/09

_____
RONALD M. WHYTE
United States District Judge