```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  LARA S. VINNARD
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant RIVERA-SILVA
```

*E-FILED - 7/16/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 08-00628 RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [] ORDER** |
| v. | ) | |
| MARCO RIVERA-SILVA | ) | |
| Defendant. | ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, July 13, 2009 at 9:00 a.m., be continued to Monday, August 17, 2009, at 9:00 a.m. The continuance is requested to allow continued defense investigation and preparation. The defense has completed the majority of its investigation, but some records regarding Mr. Rivera-Silva's enhancing conviction remain outstanding.

    The parties further agree that time should be excluded under the Speedy Trial Act because

///

///

///

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. 08-00628 RMW                              1

the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 7/8/09

_____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 7/8/09

_____/s/_____
CHAD MANDELL
Assistant United States Attorney

## [] ORDER

The parties have jointly requested a continuance of the hearing set for Monday, July 13, 2009, to allow time for the defense to complete investigation and prepare effectively, and for the parties to determine whether they can reach a resolution.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, July 13, 2009, be continued to Monday, August 17, 2009, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from July 13, 2009 to August 17, 2009, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 7/16/09

_____
RONALD M. WHYTE
United States District Judge