1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753                    *E-FILED - 12/23/09*

5  Counsel for Defendant RIVERA-SILVA

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 UNITED STATES OF AMERICA,          )   No. 08-00628 RMW
                                      )
13         Plaintiff,                 )   **STIPULATION TO CONTINUE**
                                      )   **HEARING AND EXCLUDE TIME;**
14 v.                                 )   **[] ORDER**
                                      )
15 MARCO RIVERA-SILVA                 )
                                      )
16         Defendant.                 )
   _____)

17     Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19 Monday, December 14, 2009, at 9:00 a.m., be continued to Monday, January 4, 2010, at 9:00

20 a.m.  The continuance is requested because the government requires additional time to research

21 and respond to the defendant's proposal to resolve the case, and the defense will require time to

22 discuss the government's response with Mr. Rivera-Silva.

23 ///

24 ///

25 ///

26 ///

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. 08-00628 RMW                        1

The parties further agree that time should be excluded under the Speedy Trial Act because the parties require time for effective preparation and investigation, and for continuity of counsel, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 12/9/09

_____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 12/9/09

_____/s/_____
CHAD MANDELL
Assistant United States Attorney

**[] ORDER**

The parties have jointly requested a continuance of the hearing set for Monday, December 14, 2009, because the government requires additional time to research and respond to the defendant's proposal to resolve the case, and the defense will require time to discuss the government's response with Mr. Rivera-Silva.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, December 14, 2009, be continued to Monday, January 4, 2010, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from December 14, 2009 to January 4, 2010, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:  12/23/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge