BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

*E-FILED - 12/23/09*

Counsel for Defendant RIVERA-SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>MARCO RIVERA-SILVA<br><br>             Defendant. | No. 08-00628 RMW<br><br>**STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, January 4, 2010, at 9:00 a.m., be continued to Monday, January 25, 2010, at 9:00 a.m. The continuance is requested because government counsel, Steven Seitz, will be out of town, and the parties require additional time to determine whether a resolution can be reached.

The parties further agree that time should be excluded under the Speedy Trial Act because the parties require time for effective preparation and investigation, and for continuity of counsel, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 12/22/09

_____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated:

_____
JOE FAZIOLI
Assistant United States Attorney

**[] ORDER**

The parties have jointly requested a continuance of the hearing set for Monday, January 4, 2010, because government counsel will be out of town, and the parties require additional time to determine whether a resolution can be reached.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, January 4, 2010, be continued to Monday, January 25, 2010, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from January 4, 2010 to January 25, 2010, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 12/23/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge